**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eugene Bruce GRISSETT,**
**Defendant–Appellant.**

**No. 14–12990**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 3, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Dale Robert Campion, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, MARTIN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Eugene Grissett, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Grissett's conviction and sentence are **AFFIRMED.**